(132 So. 912)

**Glen DIAL v. STATE.**

8 Div. 155.

Court of Appeals of Alabama.

Jan. 27, 1931.

RICE, J.

Affirmed.

(135 So. 921)

**DIXIE STAGE LINES, Inc., v. Lena Mae ANDERSON.**

7 Div. 813.

Court of Appeals of Alabama.

May 28, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(132 So. 912)

**Arthur DIXON, alias Dickerson, v. STATE.**

2 Div. 475.

Court of Appeals of Alabama.

March 24, 1931.

RICE, J.

Affirmed.

(134 So. 918)

**Clyde DODSON, alias Tillery, v. STATE.**

6 Div. 71.

Court of Appeals of Alabama.

April 21, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(132 So. 912)

**DONAHOO & MAYER v. T. J. HINDS.**

6 Div. 992.

Court of Appeals of Alabama.

Jan. 27, 1931.

BRICKEN, P. J.

Appeal dismissed by consent of parties.

(130 So. 920)

**Kinney DONALDSON v. STATE.**

4 Div. 678.

Court of Appeals of Alabama.

Nov. 11, 1930.

SAMFORD, J.

Appeal dismissed.